MICHAEL DOUSMAN *versus* ADAM D. STEWART.

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Motion for rule for return to writ of error *p. 95; (2) motion for scire facias ad audiendum errores *p. 125.
PAPERS IN FILE: [None]
*1824–36 Calendar*, MS p. 255 [b].